# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2022

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Sotomayor, Sonia | Supreme Court of the United States | 04/04/2023 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Associate Justice | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br><br>5b. ☐ Amended Report | 01/01/2022<br>**to**<br>12/31/2022 |

**7. Chambers or Office Address**

1 First Street, NE
Washington, DC 20543

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Governing Director | iCivics |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sotomayor, Sonia | 04/04/2023 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 3/10/2022 | DHX Media Ltd. (second option fee) | $10,116.00 |
| 2. 3/10/2022 | Penguin Random House LLC (book royalties) | $29,999.70 |
| 3. 10/25/2022 | Penguin Random House LLC (book royalties) | $79,428.00 |
| 4. 10/25/2022 | Francis Sillaw and Mark Kurtz (payment for theater adaptation rights for Just Ask!) | $2,225.00 |
| 5. 11/7/2022 | Penguin Random House (book royalties) | $40,067.48 |
| 6. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Washington University in St. Louis | April 3-5, 2022 | St Louis, MO | Meeting with students, meeting with local judges | Transportation, Lodging and Meals |
| 2. | New York University | July 17-22, 2022 | Edinburgh, Scotland | Participation in New York University Law Leadership Conference | Transportation, Lodging and Meals |

| Name of Person Reporting | Date of Report |
|---|---|
| **Sotomayor, Sonia** | 04/04/2023 |

| | | | | |
|---|---|---|---|---|
| 3. Just the Beginning-A Pipeline Organization | October 20-21, 2022 | Chicago, IL | Participation in non-profit organization National Conference | Transportation, Lodging and Meals |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sotomayor, Sonia | 04/04/2023 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. Wells Fargo Bank, NA | Mortgage on Rental Property #1, New York, New York (Pt. VII, Line 7) | N |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Sotomayor, Sonia** | 04/04/2023 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1. Citibank, N.A. Accounts | A | Interest | N | T | | | | | |
| 2. Morgan Stanley Bank, NA | A | Interest | J | T | | | | | |
| 3. Morgan Stanley Bank, NA (IRA) | A | Interest | M | T | | | | | |
| 4. Morgan Stanley Domestic Holdings, Inc. (IRA) (H) | | | | | | | | | |
| 5. -Blackrock GLB Allocation FD Class A (IRA) | A | Dividend | K | T | | | | | |
| 6. -Pimco Unconstrained BDA (IRA) | A | Dividend | K | T | | | | | |
| 7. Rental Property #1, New York, NY Appraised 2021 | D | Rent | P1 | Q | | | | | |
| 8. Morgan Stanley Domestic Holdings, Inc. (H) | | | | | | | | | |
| 9. -Ishares Core MSCI EAFE ETF | A | Dividend | K | T | Buy (add'l) | 06/10/22 | J | | |
| 10. -Ishares Core MSCI Emerging | A | Dividend | K | T | Buy (add'l) | 03/18/22 | J | | |
| 11. | | | | | Buy (add'l) | 06/10/22 | J | | |
| 12. | | | | | Buy (add'l) | 12/09/22 | J | | |
| 13. -Ishares Russell 1000 GRW ETF | A | Dividend | K | T | | | | | |
| 14. -Ishares Russell 1000 Value ETF | A | Dividend | K | T | | | | | |
| 15. -Ishares IBOXX HY COR BD ETF (HYG) | A | Dividend | | | Sold | 06/10/22 | J | E | |
| 16. -Ishares Russell 2000 Growth ETF | A | Dividend | J | T | | | | | |
| 17. | | | | | Buy (add'l) | 03/18/22 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Sotomayor, Sonia** | 04/04/2023 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐    NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18. | | | | | Buy<br>(add'l) | 06/10/22 | J | | |
| 19.   -Ishares Russell 2000 Value ETF | A | Dividend | J | T | | | | | |
| 20. | | | | | Buy<br>(add'l) | 12/09/22 | J | | |
| 21.   -Ishares Russell MIDCAP V ETF | A | Dividend | J | T | | | | | |
| 22. | | | | | Buy<br>(add'l) | 06/10/22 | J | | |
| 23.   -PIMCO ENHANCED SHRT MTRT EXC | A | Dividend | | | Sold | 12/09/22 | K | E | |
| 24.   -SPDR NUVEEN BBG BAR SHRT TERM | A | Dividend | L | T | | | | | |
| 25. | | | | | Buy<br>(add'l) | 12/09/22 | J | | |
| 26.   -SPDR NUVEEN BBG BARCLAYS MUN B | C | Dividend | M | T | | | | | |
| 27. | | | | | Buy<br>(add'l) | 03/18/22 | K | | |
| 28. | | | | | Buy<br>(add'l) | 06/10/22 | K | | |
| 29. | | | | | Buy<br>(add'l) | 12/09/22 | J | | |
| 30.   -Ishares 20t YEAR TREASURY BOND ETF | A | Dividend | K | T | Buy | 03/18/22 | J | | |
| 31. | | | | | Buy<br>(add'l) | 06/10/22 | J | | |
| 32. | | | | | Buy<br>(add'l) | 12/09/22 | J | | |
| 33.   JP MORGAN ULTRA SHORT INCOME (JPST) | A | Dividend | K | T | Buy | 12/09/22 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part III - A - Items 1-3 and 5 amounts listed are all net of literary agent's commission. All dates provided are dates of checks forwarded by literary agent.

Part III - A - Items 2, 3 and 5 - Publisher royalities for Turning Pages and Just Ask!. Penguin Random House has advised me that it disbursed a total of $1,200.00 to promote the sale of books of mine it has published.

Part III - A - Item 1 - Second option fee for potential television/video treatment of Just Ask!

Item III - A - In addition to the non-investment income items disclosed in this report, I am reporting a Conference of the Connecticut Forum, a 501(c)(3) organization which, among other programs sponsors the Connecticut Youth Form, one of which was held on November 15, 2022 in Hartford, CT. As I participated in the event virtually, no items were paid or provided to me. I report this event as the sponsors of the event purchased copies of my memior "My Beloved World" and another of my books "Just Ask!". All of the books were distributed to the young people attending the event in person.

Part IV - Item 1 - In conjunction with my meetings with Washington University students, the University purchased copies of my memoir "My Beloved Word", which were distributed to the students.

Part IV - Item 2 - In conjunction with my participation in the identified event, I extended my stay at my own expense for a private vacation in Scotland.

Part IV - Item 3 - Just the Beginning is sponsored in part by the Judicial Resources Committee of the U.S. Judicial Conference.

## IX. CERTIFICATION.

   I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

   I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  **s/ Sonia Sotomayor**

**NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)**

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544